AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Yeakel III, Earl L. | District Court, W.D. Texas | 07/20/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
200 West 8th Street
Austin, Texas 78701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Theodore Roosevelt Association |
| 2. | Trustee & Chairman | Austin Rotary Club Foundation |
| 3. | Member | University of Texas Longhorn Foundation Advisory Council |
| 4. | Member | Texas Commission on Uniform State Laws |
| 5. | Member | National Conference of Commissioners on Uniform State Laws |
| 6. | Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 7. | President | Austin Intellectual Property Chapter, American Inns of Court |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Employees Retirement System of Texas - Retirement |
| 2. 2011 | Nitsche & Ferguson Ins. Agency Inc. - Commission Sales |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Texas at Austin | January 19-21, 2011 | Alexandria, Virgina | 6th Annual Patent Law Institute | Transportation, Meals, & Lodging |
| 2. | National Conference of Commissioners on Uniform State Laws | February 2-6, 2011 | Tucson, Arizona | Committee on Style | Transportation, Meals, & Lodging |
| 3. | Brigham Young University | February 18-19, 2011 | Dallas, Texas | J. Reuben Clark Law Society Conference | Transportation, Meals, & Lodging |
| 4. | National Conference of Commissioners on Uniform State Laws | April 28-May 1, 2011 | Chicago, Illinois | Committee on Style | Transportation, Meals, & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel III, Earl L. | 07/20/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | State Bar of Texas | June 22-23, 2011 | San Antonio, Texas | State Bar of Texas Annual Meeting-Antitrust & Business Litigation Section | Transportation, Meals, & Lodging |
| 6. | State Bar of Texas | July 14-15, 2011 | San Antonio, Texas | Advanced Patent Litigation Course 2011 | Transportation, Meals, & Lodging |
| 7. | National Conference of Commissioners on Uniform State Laws | September 7-11, 2011 | Chicago, Illinois | Committee on Style | Transportation, Meals, & Lodging |
| 8. | Liberty University | September 23-25, 2011 | Lynchburg, Virginia | Liberty University School of Law Moot Court Tournament | Transportation, Meals, & Lodging |
| 9. | Thomson Reuters | November 7-9, 2011 | Santa Clara, California | Patent Disputes 2011: Patent Reform & New Models for a New Market | Transportation, Meals, & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prosperity Bank | Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SCHW Common Stock | A | Dividend | J | T | | | | | |
| 2. CVX Common Stock | B | Dividend | L | T | | | | | |
| 3. C Common Stock | A | Dividend | J | T | | | | | |
| 4. DELL Common Stock | | None | K | T | | | | | |
| 5. XOM Common Stock | A | Dividend | K | T | | | | | |
| 6. F Common Stock | | None | J | T | | | | | |
| 7. JPM Common Stock | A | Dividend | K | T | | | | | |
| 8. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 9. Rogers Communications, Inc. Class B Common Stock | A | Dividend | K | T | | | | | |
| 10. Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 11. LUV Common Stock | A | Dividend | K | T | | | | | |
| 12. SPND.OB Common Stock | | None | J | T | | | | | |
| 13. DIS Common Stock | A | Dividend | J | T | | | | | |
| 14. Fidelity Blue Chip Growth Mutual Fund | | None | K | T | | | | | |
| 15. Fidelity China Region Mutual Fund | A | Dividend | J | T | | | | | |
| 16. Fidelity New Millennium Mutual Fund | A | Dividend | K | T | | | | | |
| 17. Fidelity Municipal Money Market Mutual Fund | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity US Gov't Reserves Mutual Fund | A | Dividend | L | T | | | | | |
| 19. Vanguard Prime Money Market Mutual Fund | A | Dividend | K | T | | | | | |
| 20. Prosperity Bank (CD) | B | Interest | L | T | | | | | |
| 21. Prosperity Bank (CD) | A | Interest | K | T | | | | | |
| 22. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 23. Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 24. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 25. Wells Fargo Bank (Savings) | B | Interest | L | T | | | | | |
| 26. Artisan Value Fund (Mutual Fund) | A | Dividend | K | T | Buy | 12/08/11 | K | | |
| 27. Artisan Value Fund (Mutual Fund) | | | | | Buy (add'l) | 12/27/11 | J | | |
| 28. American Century Diversified Bond Fund (Mutual Fuind) | A | Dividend | J | T | Buy | 10/04/11 | J | | |
| 29. American Century Diversified Bond Fund (Mutual Fund) | A | Distribution | | | | | | | |
| 30. Thornberg Investment Inc. Builder I (TIBIX) | B | Dividend | K | T | Buy (add'l) | 03/29/11 | J | | |
| 31. Thornberg Investment Inc. Builder I (TIBIX) (Mutual Fund) | | | | | Buy (add'l) | 12/27/11 | J | | |
| 32. American High Income Tr (Mutual Fund) | | None | | | Buy (add'l) | 03/29/11 | J | | |
| 33. American High Income Tr (Mutual Fund) | | | | | Sold | 07/21/11 | J | A | |
| 34. EuroPacific Growth Fund SHS CL F-2 (Mutual Fund) | | None | | | Buy | 09/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EuroPacific Growth Fund SHS CL F-2 (Mutual Fund) | | | | | Sold | 12/08/11 | J | A | |
| 36. Federated Strategic Value Dividend Fund Instl (Mutual Fund) | A | Dividend | K | T | Buy | 09/19/11 | J | | |
| 37. Federated Strategic Value Dividend Fund Instl (Mutual Fund) | | | | | Buy (add'l) | 12/27/11 | J | | |
| 38. Fidelity Advisor Emerging Asia Mutual Fund Cl I | | None | | | Buy | 02/16/11 | J | | |
| 39. Fidelity Advisor Emerging Asia Mutual Fund Cl I | | | | | Buy (add'l) | 03/29/11 | J | | |
| 40. Fidelity Advisor Emerging Asia Mutual Fund Cl I | | | | | Sold | 09/02/11 | J | A | |
| 41. Fidelity Advisor Growth Opportunities Mutual Fund-CL I | | None | | | Buy | 07/13/11 | K | | |
| 42. Fidelity Advisor Growth Opportunities Mutual Fund-CL I | | | | | Sold | 08/05/11 | K | A | |
| 43. Fidelity Advisor Growth Opportunites Mutual Fund-CL I | | None | K | T | Buy | 09/14/11 | K | | |
| 44. Fidelity Advisor Growth Opportunities Mutual Fund-CL I | | | | | Buy (add'l) | 12/27/11 | J | | |
| 45. Fidelity Invt Tr Advisor Gbl Commodity Mutual Fund | | None | | | Buy | 01/27/11 | J | | |
| 46. Fidelity Invt Tr Advisor Gbl Commodity Mutual Fund | | | | | Buy (add'l) | 03/29/11 | J | | |
| 47. Fidelity Invt Tr Advisor Gbl Commodity Mutual Fund | | | | | Sold | 08/04/11 | J | A | |
| 48. Fidelity Advisor Small Cap Fund Instl. (Mutual Fund) | A | Distribution | | | Buy (add'l) | 03/29/11 | J | | |
| 49. Fidelity Advisor Small Cap Fund Instl. (Mutual Fund) | | | | | Sold | 09/14/11 | J | A | |
| 50. First Eagle Overseas Fund CL A (Mutual Fund) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 51. First Eagle Overseas Fund CL A (Mutual Fund) | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Eagle US Value Fund CL I (Mutual Fund) | | None | K | T | Buy | 12/20/11 | J | | |
| 53. First Eagle US Value Fund CL I (Mutual Fund) | | | | | Buy (add'l) | 12/27/11 | J | | |
| 54. JPMorgan Latin America Fund (Mutual Fund) | | None | | | Sold | 02/08/11 | K | B | |
| 55. Fidelity Advisor New Insights (Mutual Fund) | A | Distribution | K | T | Buy (add'l) | 03/29/11 | J | | |
| 56. Fidelity Advisor New Insights (Mutual Fund) | | | | | Buy (add'l) | 12/27/11 | J | | |
| 57. Fidelity Advisor Mid Cap II Instl. (Mutual Fund) | | None | | | Buy (add'l) | 03/29/11 | J | | |
| 58. Fidelity Advisor Mid Cap II Instl. (Mutual Fund) | | | | | Sold | 07/13/11 | K | C | |
| 59. Fidelity Advisor Floating Rate High Income (Mutual Fund) | A | Dividend | | | Sold | 07/18/11 | K | A | |
| 60. Fidelity Secs Advisor Real Estate Income Fund Instl CL | A | Dividend | K | T | Buy | 07/18/11 | K | | |
| 61. Fidelity Secs Advisor Real Estate Income Fund Instl CL | A | Distribution | | | | | | | |
| 62. Franklin Templeton Gold & Precious Metals (Mutual Fund) | | None | | | Sold | 01/20/11 | J | A | |
| 63. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | A | Dividend | J | T | Sold (part) | 03/29/11 | J | A | |
| 64. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | | | | | Sold (part) | 07/28/11 | J | A | |
| 65. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | | | | | Sold (part) | 08/01/11 | K | A | |
| 66. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | | | | | Buy (add'l) | 12/13/11 | J | | |
| 67. Eaton Vance Global Macro Absolute Return Mutual Fund | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 68. Eaton Vance Strategic Income Fd Cl I (Mutual Fund) | A | Dividend | | | Buy | 06/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Eaton Vance Strategic Income Fd Cl I (Mutual Fund) | | | | | Sold | 10/20/11 | J | A | |
| 70. Henderson Global Equity Income Fund CL I (Mutual Fund) | A | Dividend | K | T | Buy | 10/13/11 | J | | |
| 71. Henderson Global Equity Income Fund CL I (Mutual Fund) | | | | | Buy (add'l) | 12/27/11 | J | | |
| 72. Henderson European Focus Fund Class A (Mutual Fund) | | None | | | Buy | 02/01/11 | K | | |
| 73. Henderson European Focus Fund Class A (Mutual Fund) | | | | | Sold | 05/17/11 | K | A | |
| 74. Hussman Investment Trust Strategic Growth Mutual Fund | | None | J | T | Buy | 10/07/11 | J | | |
| 75. Hussman Investment Trust Strategic Total Return Mutual Fund | A | Distribution | J | T | Buy | 10/10/11 | J | | |
| 76. Neuberger & Berman Equity Income FDS CL A (Mutual Fund) | A | Dividend | K | T | Buy | 10/07/11 | J | | |
| 77. Neuberger & Berman Equity Income FDS CL A (Mutual Fund) | A | Distribution | | | Buy (add'l) | 12/27/11 | J | | |
| 78. New World Fund Inc. (Mutual Fund) | | None | | | Buy (add'l) | 03/29/11 | J | | |
| 79. New World Fund Inc. (Mutual Fund) | | | | | Sold | 09/14/11 | J | A | |
| 80. Small Cap World Fund (Mutual Fund) | | None | | | Buy (add'l) | 03/29/11 | J | | |
| 81. Small Cap World Fund (Mutual Fund) | | | | | Sold | 09/01/11 | J | A | |
| 82. Templeton Global Bond Fund (Mutual Fund) | A | Dividend | | | Buy (add'l) | 03/29/11 | J | | |
| 83. Templeton Global Bond Fund (Mutual Fund) | | | | | Sold | 10/03/11 | J | A | |
| 84. RS Global Natural Resources Fund (Mutual Fund) | A | Distribution | K | T | Buy (add'l) | 03/24/11 | J | | |
| 85. RS Global Natural Resources Fund (Mutual Fund) | | | | | Buy (add'l) | 03/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dodge & Cox Income Fund (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 03/29/11 | J | | |
| 87. Loomis Sayles Investment Grade Bond Fund (Mutual Fund) | A | Dividend | | | Sold | 02/16/11 | J | A | |
| 88. Loomis Sayles Investment Grade Bond Fund (Mutual Fund) | A | Distribution | | | | | | | |
| 89. Loomis Sayles Strategic Income Fund (Mutual Fund) | A | Dividend | | | Buy (add'l) | 03/29/11 | J | | |
| 90. Loomis Sayles Strategic Income Fund (Mutual Fund) | | | | | Sold | 09/29/11 | J | A | |
| 91. Pimco Total Return Fund PTTAX (Mutual Fund) | | None | K | T | Sold (part) | 08/05/11 | K | A | |
| 92. Pimco Real Return Mutual Fund Cl A PRTNX | A | Dividend | K | T | Buy | 08/05/11 | K | | |
| 93. Pimco Real Return Mutual Fund Cl A PRTNX | A | Distribution | | | Buy (add'l) | 12/22/11 | J | | |
| 94. Pimco FDS Real RTN AST P (Mutual Fund) | A | Dividend | K | T | Buy | 08/01/11 | K | | |
| 95. Pimco FDS Real RTN AST P (Mutual Fund) | B | Distribution | | | | | | | |
| 96. Ridgeworth Funds High Income Fd Cl I (Mutual Fund) | A | Dividend | | | Buy | 07/21/11 | K | | |
| 97. Ridgeworth Funds High Income Fd Cl I (Mutual Fund) | | | | | Sold | 09/29/11 | J | A | |
| 98. Fairholme Funds Inc. (Mutual Fund) | A | Dividend | | | Sold | 03/04/11 | K | A | |
| 99. T Rowe Price Emerging Europe Mediterranean Fund-Mutual Fund | | None | | | Sold | 02/01/11 | K | C | |
| 100. T Rowe Price Blue Chip Growth Fund (Mutual Fund) | | None | | | Buy | 02/16/11 | J | | |
| 101. T Rowe Price Blue Chip Growth Fund (Mutual Fund) | | | | | Buy (add'l) | 03/24/11 | J | | |
| 102. T Rowe Price Blue Chip Growth Fund (Mutual Fund) | | | | | Buy (add'l) | 03/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. T Rowe Price Blue Chip Growth Fund (Mutual Fund) | | | | | Sold | 06/22/11 | J | A | |
| 104. Invesco Developing Markets Fund (Mutual Fund) | | None | | | Sold | 02/16/11 | J | A | |
| 105. Invesco Balanced-Risk Allocation Fund Y (Mutual Fund) | A | Dividend | K | T | Buy | 09/14/11 | K | | |
| 106. Invesco Balanced-Risk Allocation Fund Y | A | Distribution | | | | | | | |
| 107. Invesco Equally-Weighted S&P 500 Mutual Fund | | None | | | Buy | 03/04/11 | K | | |
| 108. Invesco Equally-Weighted S&P 500 Mutual Fund | | | | | Sold | 08/05/11 | J | A | |
| 109. First Eagle Fund of America Class A (Mutual Fund) | B | Distribution | | | Buy (add'l) | 03/29/11 | J | | |
| 110. First Eagle Fund of America Class A (Mutual Fund) | | | | | Sold | 12/20/11 | J | A | |
| 111. Prudential Jennison Equity Income Fund (Muitual Fund) | A | Dividend | | | Buy (add'l) | 03/29/11 | J | | |
| 112. Prudential Jennison Equity Income Fund (Mutual Fund) | | | | | Sold | 10/07/11 | J | A | |
| 113. Prudential Global Real Estate Fund Class Z (Mutual Fund) | A | Dividend | | | Buy | 01/27/11 | J | | |
| 114. Prudential Global Real Estate Fund Class Z (Mutual Fund) | | | | | Sold | 06/24/11 | J | A | |
| 115. Washington Mutual Invs Fund CL F-2 SHS | A | Dividend | K | T | Buy | 06/22/11 | J | | |
| 116. Washington Mutual Invs Fund CL F-2 SHS | | | | | Buy (add'l) | 12/27/11 | J | | |
| 117. Prime Money Market Fund (Mutual Fund) | | None | J | T | | | | | |
| 118. Federal Gov't Obl. Tax Mgd. Fund #636 | A | Dividend | J | T | | | | | |
| 119. Federal Home Loan Mortgage Corp. 2.50% Note | A | Interest | | | Matured | 01/27/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Federal Home Loan Bank 3.13% Note | A | Interest | K | T | | | | | |
| 121. Federal Farm Credit Bank 3.45% Note | A | Interest | K | T | | | | | |
| 122. U.S. Treasury 5.5% Note (x) | C | Interest | M | T | Buy | 02/25/11 | L | | |
| 123. Federal Home Loan Bank 4.18% Note | A | Interest | K | T | Buy | 03/15/11 | K | | |
| 124. Introgen Theraputics Inc. | | None | J | T | | | | | |
| 125. Luby's Inc. | | None | J | T | | | | | |
| 126. United States Series I Savings Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 07/20/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Earl L. Yeakel III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544